IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN ROBINSON, | : | Civil No. 1:22-CV-01742 |
| Petitioner, | : | |
| v. | : | |
| STEPHEN SPAULDING, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

### ORDER

For the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS:**

1. Petitioner's petition pursuant to 28 U.S.C. § 2241, Doc. 1, is hereby considered in full and is **DENIED**.

2. Petitioner's motion to dismiss, Doc. 7, is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

Dated: February 7, 2023